**SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-3955 ODW(CWx) | Date | August 19, 2008 |
|---|---|---|---|
| Title | Linda Watson, et al. v. Palm Crest Apartments, et al. | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**     **Order to Show Cause re Dismissal for Failure to Comply With the Court's Scheduling and Case Management Order and Civil Trial Order; Continuing Pretrial Conference**

On January 24, 2008 the Court issued its Scheduling and Case Management Order [23], which set forth a schedule of pretrial hearing dates and deadlines, in particular the date by which pretrial documents must be lodged/filed.

Also issued on January 24, 2008 was the Court's Civil Trial Order [22], which set forth in detail the form and content of the pretrial documents that were to be lodged/filed on or before the deadline set forth in the Scheduling and Case Management Order.

Both orders include the following caveat: **"If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court: (a) the cause shall stand dismissed for failure to prosecute if such failure occurs on the part of the plaintiff; (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate."**

**SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-3955 ODW(CWx) | Date | August 19, 2008 |
|---|---|---|---|
| Title | Linda Watson, et al. v. Palm Crest Apartments, et al. | | |

 

The parties in this case have failed to comply with both the Court's Civil Trial Order and its Scheduling and Case Management Order. To date, no pretrial documents have been lodged/filed with the Court.

Accordingly, the Court orders the parties to show cause in writing on or before **August 25, 2008** why this action should not be dismissed for failure to comply with the Court's Civil Trial Order and Scheduling and Case Management Order.  Instead of a written response, the Court will consider the following an appropriate response to its Order to Show Cause: filing/lodging of pretrial documents as set forth in the Scheduling and Case Management Order on or before **August 25, 2008.**

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or filing on or before the date upon which a response by the parties is due.

The Pretrial Conference, presently scheduled for August 25, 2008 at 3:30 p.m., is hereby CONTINUED to **Thursday, September 4, 2008 at 1:30 p.m.**  Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of the Case will also be due **September 4, 2008.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |